UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

FILED BY ___ M ___ D.C.

05 JUN 24 PM 3: 20

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(713) 421-9200*

# NOTICE OF SETTING
## Before Judge J. Daniel Breen, United States District Judge

June 24, 2005

RE:   2:05cr20111-B
      USA v. RAFAT MAWLAWI (C)

Dear Sir/Madam:

A **HEARING ON MOTION** to Motion to Revoke Detention Order has been **SET** for **THURSDAY, JUNE 30, 2005** at **4:15 P.M.** before **Judge J. Daniel Breen**, in **Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

**THE COURT REQUESTS THAT DEFENSE COUNSEL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME .**

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: *Taffy Elchlepp*
Taffy Elchlepp
Case Manager to Judge J. Daniel Breen
901-495-1238

-1-

57